IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ADRIENNE JENSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 20-cv-2422-JWL-TJJ |
| | ) |
| UNITED STATES TENNIS | ) |
| ASSOCIATION ("USTA"), KANSAS | ) |
| CITY RACQUET CLUB, | ) |
| | ) |
| Defendants. | ) |

APPLICATION FOR CLERK'S ENTRY OF
DEFAULT

Comes now ADRIENNE JENSEN and hereby requests the Clerk to enter a default against the defendant, KANSAS CITY RACQUET CLUB, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure. (*See attached declaration*)

Respectfully submitted,

/s/ Chris Dove
Christopher Dove    KS #21251
DRZ LAW, LLC
8700 State Line, Suite 305
Leawood, KS 66206
913-400-2033
chris@drzlawfirm.com

Jonathan Little (admitted *pro hac vice*)
Annemarie C. Alonso  (admitted *pro hac vice*)
Saeed and Little, LLP
133 W. Market St., #189
Indianapolis, IN 46204
317-721-9214
jon@sllawfirm.com
annie@sllawfirm.com
ATTORNEYS FOR PLAINTIFF

# CERTIFICATE OF SERVICE

I certify that the foregoing and attached affidavit was filed using the Court's CM/ECF System on July 2, 2021. Service will be made on all counsel of record by operation of the same. I further certify that a true and correct copy of this Motion was sent to Defendant Kansas City Racquet Club via Certified U.S. Mail, Return Receipt Requested addressed as follows:

Kansas City Racquet Club
c/o Wade Ferguson or Anna Ferguson
9214 Kenton St.
Lenexa, KS 66227

s/ *Chris Dove*