IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| ADRIENNE JENSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 20-cv-2422-JWL-TJJ |
| | ) |
| UNITED STATES TENNIS | ) |
| ASSOCIATION ("USTA"), KANSAS | ) |
| CITY RACQUET CLUB, | ) |
| | ) |
| Defendants. | ) |

DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Christopher Dove, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief.

1. I am the attorney for the plaintiff in this action.

2. The Amended Complaint was filed herein on April 12, 2021 (ECF No. 39) and service of process was had on Kansas City Racquet Club on April 22, 2021 (ECF No. 41).

3. Kansas City Racquet Club's response was due on or before May 13, 2021 (ECF No. 41).

4. More than twenty-one (21) days have elapsed since Kansas City Racquet Club was served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedures.

s/ *Christopher Dove*
Christopher Dove    KS 21251
DRZ Law
8700 State Line Road, Suite 305
Leawood, KS 66206
(913) 400-2033
chris@drzlawfirm.com
ATTORNEY FOR PLAINTIFF