# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**Adrienne Jensen**
               **Plaintiff,**

v.                                          Case No:  20-2422-JWL

**United States Tennis Association
and Flex Financial Holding Company d/b/a
Kansas City Racquet Club,**

               **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

      IT IS THEREFORE ORDERED BY THE COURT THAT defendant United States Tennis Association's ("USTA") motion for summary judgment (Doc. 110) is granted and defendant Flex Financial Holding Company's motion for summary judgment (Doc. 112) is granted.
      IT IS FURTHER ORDERED BY THE COURT THAT defendant USTA's unopposed motion for leave to file under seal (Doc. 109) is now granted in its entirety and plaintiff's motion for leave to file under seal (Doc. 132) is granted.
IT IS SO ORDERED.


<u>May 10, 2022</u>                                    SKYLER B. O'HARA
   Date                                           CLERK OF THE DISTRICT COURT

                                                           by:  <u>*s/ Sarah Spegal*</u>
                                                                  Deputy Clerk